IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| EVERGLADES GAME TECHNOLOGIES, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SUPERCELL, INC., <br><br> Defendant. | ) <br> ) <br> ) <br> ) C.A. No. 14-643-GMS <br> ) <br> ) **JURY TRIAL DEMANDED** <br> ) <br> ) <br> ) <br> ) |

## MOTION FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of Michael J. Sacksteder of Fenwick & West LLP, 555 California Street, San Francisco, CA 94104 and Steven O. Fortney of Fenwick & West LLP, 1191 2nd Avenue, Seattle, WA 98101 to represent Defendant Supercell, Inc. in this matter.

POTTER ANDERSON & CORROON LLP

By: /s/ David E. Moore
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

Dated: September 26, 2014
11160105 / 41630

*Attorneys for Defendant Supercell, Inc.*

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of California and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

    ☒    has been paid to the Clerk of the Court.

    ☐    will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 26, 2014        Signed:   /s/ Michael J. Sacksteder
                                               Michael J. Sacksteder
                                               FENWICK & WEST LLP
                                               555 California Street
                                               San Francisco, CA 94104
                                               Tel.: (415) 875-2300
                                               msacksteder@fenwick.com

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of the States of Washington and Minnesota and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00

☒ has been paid to the Clerk of the Court.

☐ will be submitted to the Clerk's Office upon the filing of this motion.

Date: September 26, 2014          Signed:      */s/ Steven O. Fortney*
                                             Steven O. Fortney
                                             FENWICK & WEST LLP
                                             1191 2nd Avenue
                                             Seattle, WA 98101
                                             Tel.: (206) 389-4510
                                             sfortney@fenwick.com

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, David E. Moore, hereby certify that on September 26, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I hereby certify that on September 26, 2014, the attached document was electronically mailed to the following person(s)

Stamatios Stamoulis
Richard C. Weinblatt
Stamoulis & Weinblatt LLC
Two Fox Point Centre
6 Denny Road, Suite 307
Wilmington, DE 19809
stamoulis@swdelaw.com
weinblatt@swdelaw.com

By: */s/ David E. Moore*
    Richard L. Horwitz
    David E. Moore
    Bindu A. Palapura
    POTTER ANDERSON & CORROON LLP
    (302) 984-6000
    rhorwitz@potteranderson.com
    dmoore@potteranderson.com
    bpalapura@potteranderson.com

1156215 / 41630